**Order entered November 30, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00486-CV

### IN RE BARBARA JOHNSON, Relator

**Original Proceeding from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-10-14794**

## ORDER

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus and **DIRECT** the trial court to issue a written order vacating its September 12, 2021 Order on De Novo Appeal of the Associate Judge's Ruling.

We further **ORDER** the trial court to file with this Court, within ten days of the date of this order, a certified copy of its order issued in compliance with this order and with the Court's opinion in this case. Should the trial court fail to comply with this order, the writ will issue.

We **ORDER** that each party shall bear his or her own costs of this original proceeding.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE